AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Michael Henry_
Plaintiff

v.

_Thomas D. Donovan P.A. Attorney_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08-482

I, _Michael Henry_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  •X•Yes   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delaware Correctional Center_

   **Inmate Identification Number (Required):** _SBI# 00582000_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions_

2. Are you currently employed?  •X•Yes   • •No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _Metro Party Rentals 108 Laffette st Paterson NJ 07501  300/wk  12/6_

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • | X |
   | b. | Rent payments, interest or dividends | • • | X |
   | c. | Pensions, annuities or life insurance payments | • • | X |
   | d. | Disability or workers compensation payments | • • | X |
   | e. | Gifts or inheritances | • • | X |
   | f. | Any other sources | • • | X |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  • • Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   4    3    T    My Son. 100.00 Plus A week

I declare under penalty of perjury that the above information is true and correct.

8.1.08  _____ Michael Ninny _____
DATE    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08-482

TO: Michael Henry                SBI#: 582000

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   7/29/08

---

Attached are copies of your inmate account statement for the months of
January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 5.03 |
| Feb | 62.09 |
| Mar | 17.16 |
| Apr | 3.60 |
| May | 36.88 |
| June | 12.64 |

Average daily balances/6 months: 22.90

Attachments
CC: File

Mercedes Valler
7/29/08

[signature]
7/29/08

2008 AUG -4 PM 3:46

Date Printed: 7/29/2008

## Individual Statement
### From January 2008 to June 2008

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $1.82 |
|---|---|---|---|---|---|---|---|
| 00582000 | HENRY | MICHAEL | P | | | Ending Month Balance: | $0.04 |

Current Location: B Annex    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($1.68) | $0.00 | $0.00 | $0.14 | 535306 | | | |
| Visit | 1/29/2008 | $50.00 | $0.00 | $0.00 | $50.14 | 547411 | 08802000795-10097 | | E HENRY |
| Canteen | 2/5/2008 | ($39.84) | $0.00 | $0.00 | $10.30 | 551536 | | | |
| Misc | 2/5/2008 | $100.00 | $0.00 | $0.00 | $110.30 | 551788 | 2274 | | UNK |
| Canteen | 2/12/2008 | ($51.52) | $0.00 | $0.00 | $58.78 | 554892 | | | |
| Mail | 2/13/2008 | $15.00 | $0.00 | $0.00 | $73.78 | 555773 | 08641846686 | | J THOMPSON |
| Canteen | 2/19/2008 | ($36.68) | $0.00 | $0.00 | $37.10 | 558227 | | | |
| Canteen | 2/26/2008 | ($20.43) | $0.00 | $0.00 | $16.67 | 561104 | | | |
| Canteen | 3/4/2008 | ($16.62) | $0.00 | $0.00 | $0.05 | 564477 | | | |
| Mail | 3/17/2008 | $50.00 | $0.00 | $0.00 | $50.05 | 571154 | 08852773647 | | E HENRY |
| Canteen | 3/25/2008 | ($38.50) | $0.00 | $0.00 | $11.55 | 574324 | | | |
| Canteen | 4/1/2008 | ($11.01) | $0.00 | $0.00 | $0.54 | 578017 | | | |
| Medical | 4/4/2008 | $0.00 | ($4.00) | $0.00 | $0.54 | 580151 | | 3/26/08 | |
| Medical | 4/4/2008 | ($0.54) | ($3.46) | $0.00 | $0.00 | 580481 | | 3/26/08 | |
| Visit | 4/14/2008 | $50.00 | $0.00 | $0.00 | $50.00 | 585375 | 08852773954-11789 | | E HENRY |
| Canteen | 4/15/2008 | ($39.92) | $0.00 | $0.00 | $10.08 | 585792 | | | |
| Medical | 4/17/2008 | ($3.46) | $0.00 | $0.00 | $6.62 | 588028 | | 3/26/08 | |
| Canteen | 4/22/2008 | ($6.29) | $0.00 | $0.00 | $0.33 | 589367 | | | |
| Mail | 5/7/2008 | $100.00 | $0.00 | $0.00 | $100.33 | 599118 | 11499205487 | | E HENRY |
| Medical | 5/9/2008 | $0.00 | ($4.00) | $0.00 | $100.33 | 601181 | | 5/2/08 | |
| Medical | 5/9/2008 | ($4.00) | $0.00 | $0.00 | $96.33 | 601292 | | 5/2/08 | |
| Canteen | 5/13/2008 | ($39.11) | $0.00 | $0.00 | $57.22 | 601883 | | | |
| Canteen | 5/20/2008 | ($37.92) | $0.00 | $0.00 | $19.30 | 605283 | | | |
| Canteen | 5/28/2008 | ($19.16) | $0.00 | $0.00 | $0.14 | 609477 | | | |
| Medical | 5/30/2008 | $0.00 | ($4.00) | $0.00 | $0.14 | 610456 | | 5/28/08 | |
| Medical | 5/30/2008 | ($0.14) | ($3.86) | $0.00 | $0.00 | 610553 | | 5/28/08 | |
| Visit | 6/3/2008 | $50.00 | $0.00 | $0.00 | $50.00 | 612391 | 5784187782-13486 | | E HENRY |
| Medical | 6/6/2008 | ($3.86) | $0.00 | $0.00 | $46.14 | 614279 | | 5/28/08 | |
| Canteen | 6/10/2008 | ($39.85) | $0.00 | $0.00 | $6.29 | 615584 | | | |
| Canteen | 6/17/2008 | ($6.25) | $0.00 | $0.00 | $0.04 | 618744 | | | |

Case 1:08-cv-00482-SLR     Document 1-2     Filed 08/04/2008     Page 3 of 3

# Individual Statement
## From January 2008 to June 2008

Date Printed: 7/29/2008                                                                 Page 2 of 2

| SBI      | Last Name | First Name | MI | Suffix |
|----------|-----------|------------|----|--------|
| 00582000 | HENRY     | MICHAEL    | P  |        |

Current Location: B Annex          Comments:

Beginning Month Balance: $1.82
Ending Month Balance: $0.04

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.04

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($2.59)