(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Michael Henry, SBI# 582000_
    (Name of Plaintiff)    (Inmate Number)
_Delaware Correctional Center_
_1181 Paddock Road_
_Smyrna, Delaware 19977_
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Thomas D. Donovan P.A_

(2) _____

(3) _____
        (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Case Number: 08 - 482
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_NO_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes • •No *Rights were violated, ineffective Assistance Counsel, (IAmc) Rights to a Speedy Trial, Didn't get documents, Don't Recieve Calls (violation of Rights By my Attorney) (from DCC)*

C. If your answer to "B" is Yes:

   1. What steps did you take? *N/A*

   2. What was the result? *N/A*

D. If your answer to "B" is No, explain why not: *N/A*

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *Thomas D. Donovan P.A*
Employed as *Attorney at Law* at *State of Delaware*
Mailing address with zip code: *424 South State Street Dover, DE, 19901*

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Mr. Thomas D. Donovan was my Attorney he violated my Rights. He did not ask for a speedy trial. He did not get evidence I asked him to get or call people for my defence for confirmation. He did not return

2. papers (copies) that was in trusted to him by me. Did not put in motions in my behalf meaning suppression, Dismissals etc. (not including continuing) Did not answer letters sent to him. Don't except collect calls from DCC.

3. Don't responed to Email sent to him. I never seen the preliminary report. (thou I ask for it.) Never recieve my police statment back from him after telling him a lot of my statment was wrong. (etc.) (with more info to come)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. ONE THOUSAND Dollars FOR EACH DAY Spent IN Delaware INCARCERATION

3

2. N/A

3. N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of _Aug._, 2_08_.

_Michael Henry_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

