Michael Henry                    Aug 22.08

I'm writing to let you know I've been moved to the Key program in Wilmington DE at the Howard R Young Correctional Center. I've been here since the 18th of August 08. So please send mail here at this Address:

Michael Henry 11.8.62
Dorm 2      SBI# 582000
Howard R Young
P.O Box 9561
Wilmington DE 19801



Thank you very much
Michael P Henry

Case# Henry v. Minner et al
Case # 1:08-cv-486 SLR

Case   Henry v. Donovan
Case # 1:08-cv-482 SLR

Thank you; Again
Mr. M. Henry

Aug. 22.08

